```
                    UNITED STATES BANKRUPTCY COURT
                     NORTHERN DISTRICT OF FLORIDA
                         PENSACOLA DIVISION
```

IN RE:                              )
                                    )
CATHERINE WALKER                    )  CASE NO. 09-31375-LMK
                                    )     CHAPTER 7
     Debtor.                        )
_____)

### REPORT OF UNCOLLECTED FUNDS

JOHN E. VENN, JR., TRUSTEE, hereby reports that the following funds of the above-referenced debtor estate were uncollected:

| CLAIM NO. | NAME AND ADDRESS OF CREDITOR | AMOUNT |
|---|---|---|
| 14 | Chase Bank USA NA<br>P. O. Box 15145<br>Wilmington, DE 19850 | 1,824.51 |

Dated: 10/27/11                    /s/ John E. Venn, Jr.
                                   JOHN E. VENN, JR.,
                                   TRUSTEE
                                   FL Bar No. 184992
                                   220 W. Garden St.
                                   Suite 603
                                   Pensacola, FL 32502
                                   (850) 438-0005
                                   Johnevennjrpa@aol.com